# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-5215**             **September Term, 2015**
FILED ON: FEBRUARY 12, 2016

JUDICIAL WATCH, INC.,
    APPELLANT

v.

UNITED STATES DEPARTMENT OF JUSTICE,
    APPELLEE

**MANDATE**

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-01344)

Before: PILLARD and WILKINS, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby vacated and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                     BY:    /s/

                                         Ken Meadows
                                         Deputy Clerk

Date: February 12, 2016

Opinion for the court filed by Senior Circuit Judge Ginsburg.